# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

BRYAN RHODE,

    *Plaintiff-Appellant*,

v.                               Case No.: 22-10909

CSX TRANSPORTATION, INC.,

    *Defendant-Appellee*.

_____

## **UNOPPOSED MOTION TO WITHDRAW SUMMER L. SPEIGHT AS COUNSEL FOR CSX TRANSPORTATION, INC.**

*Rhode v. CSX Transportation, Inc.*
Case No. 22-10909

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee CSX Transportation, Inc., pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 certifies the following persons and entities have an interest in the outcome of this appeal:

1. Bassett, Leslie M. (counsel for Appellant)

2. Brice, Thomas R. (counsel for Appellee)

3. CSX Corporation (Ticker symbol CSX) (Parent of Appellee): Appellee is a wholly owned subsidiary of CSX Corporation, a publicly traded Virginia corporation with a principal place of business in Florida.

4. CSX Transportation, Inc. (Appellee and wholly owned subsidiary of CSX Corporation)

5. Ellis, Jonathan Y. (counsel for Appellee)

6. Howard, Hon. Marcia Morales (U.S. District Judge)

7. Kynes, Cameron G. (counsel for Appellee)

8. McGuireWoods, LLP (counsel for Appellee)

9. Pridgen, Nancy B. (counsel for Appellant)

10. Pridgen Bassett Law, LLC (counsel for Appellant)

11. Rhode, Bryan (Appellant)

12. Richardson, Hon. Monte C. (U.S. Magistrate Judge)

13. Speight, Summer L. (withdrawing counsel for Appellee)

*Rhode v. CSX Transportation, Inc.*
Case No. 22-10909

Dated: March 27, 2023             */s/ Summer L. Speight*
                                  Summer L. Speight

## MOTION

Summer L. Speight respectfully moves to withdraw her appearance as counsel for Appellee CSX Transportation, Inc. ("CSXT"). Ms. Speight's last day at McGuireWoods LLP is Wednesday, March 29, 2023. CSXT will continue to be represented by Jonathan Y. Ellis, Thomas R. Brice, and Cameron G. Kynes of McGuireWoods LLP.

Undersigned counsel has conferred with counsel for Appellant Bryan Rhode, who does not object to the filing of this motion. This withdrawal will cause no prejudice to the parties.

Dated: March 27, 2023                    Respectfully submitted,

*/s/ Summer L. Speight*
Summer L. Speight
Virginia Bar No. 80957
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-1839
F: (804) 698-2128
sspeight@mcguirewoods.com

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 79 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Times New Roman style.

Dated: March 27, 2023      */s/ Summer L. Speight*
                 Summer L. Speight

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

Dated: March 27, 2023　　　　　　　　　　　*/s/ Summer L. Speight*
　　　　　　　　　　　　　　　　　　　　　Summer L. Speight