# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10909

_____

BRYAN RHODE,

                                                   Plaintiff-Appellant,

versus

CSX TRANSPORTATION, INC.,

                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:20-cv-00480-MMH-MCR

_____

ORDER:

2　　　　　　　　　　Order of the Court　　　　　　　　　　22-10909

    Defendant-Appellee's unopposed Motion for Leave to Add Charles A. Rothfeld and Nancy G. Ross as counsel for CSX Transportation, Inc. and to appear at oral argument is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION